**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Robert Leslie METZ, Defendant– Appellant.**

**No. 09–13774**
**Non–Argument Calendar.**

United States Court of Appeals, Eleventh Circuit.

May 6, 2010.

Peter J. Sholl, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Robert Leslie Metz, pro se.

Before DUBINA, Chief Judge, CARNES and MARCUS, Circuit Judges.

PER CURIAM:

John L. Badalamenti, appointed counsel for Robert Leslie Metz, has filed a motion to withdraw on appeal, supported by a brief prepared pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no issues of arguable merit, counsel's motion to withdraw is **GRANTED**, and Metz's convictions and sentences are **AFFIRMED.**